**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEON WILSON CROCKETT, | No. CIV S-04-1489-FCD-CMK |
| Plaintiff, | |
| vs. | ORDER TO SHOW CAUSE |
| JACK SUTER, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, brings this civil rights action pursuant to 42 U.S.C. § 1983. On August 25, 2004, the court dismissed plaintiff's complaint with leave to amend and directed plaintiff to file an amended complaint within 30 days. On January 19, 2005, plaintiff was again directed to file an amended complaint within 30 days. To date, plaintiff has failed to comply.

///
///
///
///
///

1

1          Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause in
2 writing, within 20 days of the date of service of this order, why this action should not be
3 dismissed for lack of prosecution and failure to comply with rules and court orders.  <u>See</u> Local
4 Rule 11-110.
5 DATED:  September 21, 2005.

                                                */s/ Craig M. Kellison*
                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE