IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT PAUL,

        Plaintiff,                       No. CIV S-04-1489 DFL GGH P

    vs.

T. GUZMAN, et al.,

        Defendants.              <u>FINDINGS & RECOMMENDATIONS</u>

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. The court has separately issued an order addressing the second amended complaint filed March 8, 2006. In this order, the court found that the second amended complaint failed to state a colorable claim for relief against defendant Carey. For the reasons stated in that order, the court now recommends that the claims against defendant Carey be dismissed.

        Accordingly, IT IS HEREBY RECOMMENDED that the claims against defendant Carey be dismissed.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned

1

1  "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections
2  shall be served and filed within ten days after service of the objections.  The parties are advised
3  that failure to file objections within the specified time may waive the right to appeal the District
4  Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED:   6/23/06

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
paul1589.57